JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO BANDRIL and HIDEE CABRA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>IVY COTTAGES, INC.; CARMEN RODRIGUEZ; CESAR RODRIGUEZ,<br><br>　　　　　　Defendants. | CASE NO. **SACV 10-1326-JVS(RNBx)**<br><br>JUDGMENT<br><br>COURTROOM: 10C<br><br>JUDGE: THE HONORABLE JAMES V. SELNA |

Pursuant to the stipulation of the parties, and good cause appearing:

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Renato Bandril and Hidee Cabra jointly have Judgment in their favor and against Defendants Carmen Rodriguez, Cesar Rodriguez, and Ivy Cottages, Inc., jointly and severally, in

1 | the total amount of $350,000.00, each side to bear their own costs and attorney's fees.

Dated: March 25, 2011

_____

THE HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT COURT JUDGE

Approved as to form and content:

Dated: March 14, 2011

LAW OFFICES OF ROBERT R. RONNE, APC

_____

BY: ROBERT R. RONNE, ATTORNEY FOR PLAINTIFFS RENATO BANDRIL AND HIDEE CABRA

Dated: March \_\_, 2011

MEYERS, NAVE, RIBACK, SILVER & WILSON

_____

BY: ROBERT A. OROZCO, ATTORNEY FOR DEFENDANTS CARMEN RODRIGUEZ, CESAR RODRIGUEZ AND IVY COTTAGES, INC.